# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA MOONEY,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:04-cv-1384-Orl-31JGG**

**SAUER, INCORPORATED,**

        **Defendant.**

_____

## ORDER

Upon consideration of Defendant's Motion to Tax Costs (Doc. 76) and Plaintiff's response thereto (Doc. 77), it is

**ORDERED** that the Motion is GRANTED. Costs are taxed against Plaintiff as follows:

| | |
|---|---|
| Transcripts | $ 3,889.87 |
| Copies | 925.50 |
| Total | $4,815.37 |

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 17, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party